Approved.
/s/ *Benita Y. Pearson* on 5/11/2022
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA MYERS, | ) | CASE NO: 4:21-cv-01359 |
| | ) | |
| Plaintiff, | ) | JUDGE BONITA PEARSON |
| | ) | |
| vs. | ) | **AMENDED STIPULATED** |
| | ) | **NOTICE OF DISMISSAL WITH** |
| VENTRA SALEM, LLC | ) | **PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice,* at Plaintiff's costs. Parties to bear their own attorney's fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Fred M. Bean* | */s/ Thomas J. Gibney* |
| Fred M. Bean (0086756) | Thomas J Gibney (0029992) |
| Taurean J. Shattuck (0097364) | Emilie K. Vassar (0084076) |
| Spitz, The Employee's Attorney | One SeaGate, 27th Floor |
| 25825 Science Park Drive, Suite 200 | P.O. Box 10032 |
| Beachwood, OH  44122 | Toledo, OH 43699-0032 |
| Phone: (216) 291-4744 | Phone: (419) 241-6000 |
| Fax:    (216) 291-5744 | Fax: (419) 247-1777 |
| Email: fred.bean@spitzlawfirm.com | Email: |
| taurean.shattuck@spitzlawfirm.com | TJGibney@eastmansmith.com |
| | EKVassar@eastmansmth.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

6143215.1